# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

AMAN KUMAR,                                )
                                           )
    Petitioner,                        )
                                           )
v.                                         )    Case No. CIV-26-492-D
                                           )
ROBERT CERNA, et al.,                      )
                                           )
    Respondents.                       )

## JUDGMENT

Pursuant to the Order entered this date, the Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**ENTERED** this 15th day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge